JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ROMANO,<br><br>    Plaintiff,<br><br>vs.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY; and BROOKHAVEN SCIENCE ASSOCIATES, LLC COMPREHENSIVE WELFARE BENEFITS PLAN,<br><br>    Defendants. | Case No: CV10-6271 DMG(MANx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [20]** |

The parties having stipulated that this matter has been resolved in its entirety with each side to bear their own attorneys' fees and costs, the above-entitled action is hereby dismissed in its entirety with prejudice.

    **IT IS SO ORDERED.**

Dated:   August 19, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE